Several Election Districts of the 17th Assembly District in the County of Kings, State of New York, S. Howard Cohen and Others, Constituting the Board of Elections of the City of New York, and the County Board of Canvassers of the County of Kings, and Francis J. Sinnott, County Clerk of the County of Kings, Respondents.— Order denying petitioner's motion for a recanvass of ballots cast in the primary election for members of the State Committee of the American Labor Party in the 17th Assembly District, Kings County, reversed, on consent, without costs. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur. Settle order, on notice, before the Presiding Justice, on Wednesday, May 15, 1940, at 9:30 a. m.

In the Matter of the Application of Harry W. Laidler, George Rifkin, Arnold L. Fein, Fred I. Ratney and Herman Horowitz, Appellants, against S. Howard Cohen and Others, Constituting the Board of Elections of the City of New York, and the County Board of Canvassers of the County of Kings; Joseph Dermody and Others, Rival Candidates, and Francis J. Sinnott, County Clerk, Kings County, Respondents.— Order denying petitioners' motion for the examination, inspection and recanvassing of the ballots cast in the primary election for members of the State Committee of the American Labor Party in the 12th Assembly District, Kings County, reversed, on consent, without costs. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur. Settle order, on notice, before the Presiding Justice, on Wednesday, May 15, 1940, at 9:30 a. m.

In the Matter of the Application of Ludwig Lore, Louis A. Harvey, Felix Malone, Harry Weisglass, Rosalino Napoli, Appellants, against S. Howard Cohen and Others, Constituting the Board of Elections of the City of New York, and the County Board of Canvassers of the County of Kings; Gaspare De Angelis and Others, Rival Candidates, and Francis J. Sinnott, County Clerk, Kings County, Respondents.— Order denying petitioners' motion for the examination, inspection and recanvassing of the ballots cast in the primary election for members of the State Committee of the American Labor Party in the 3rd Assembly District, Kings County, reversed, on consent, without costs. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur. Settle order, on notice, before Presiding Justice, on Wednesday, May 15, 1940, at 9:30 a. m.

In the Matter of the Application of George Marlin, Samuel Safronoff, Ruth Zeitlin, William Post and Margaret Pierce, Appellants, against S. Howard Cohen and Others, Constituting the Board of Elections of the City of New York, and the County Board of Canvassers of the County of Kings; Leo Sheinin and Others, Rival Candidates, and Francis J. Sinnott, County Clerk, Kings County, Respondents.— Order denying petitioners' motion for the examination, inspection and recanvassing of the ballots cast in the primary election for members of the State Committee of the American Labor Party in the 10th Assembly District, Kings County, reversed, on consent, without costs. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur. Settle order, on notice, before the Presiding Justice, on Wednesday, May 15, 1940, at 9:30 a. m.

In the Matter of the Application of Philip Reisman to Review the Action of the Inspectors of the Primary Election of the Several Election Districts of the 8th Assembly District of the County of Kings, State of New York, and the Custodian's Records of the Primary Records of the County of Kings in Counting the Ballots Cast and the Canvassing and Recording of Results of the Primary Election